IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:11-cr-04019-FJG-1 |
| ) | |
| DIEGO NAVARRO-DELACRUZ, ) | |
| ) | |
| Defendant. ) | |

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation (Doc. #13 filed June 7, 2011) of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to Count 1of the Indictment filed April 21, 2011, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

   /s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: June 28, 2011
Kansas City, Missouri